944

No. 996. BROWNWOOD MANUFACTURING CO. ET AL. *v.* TANENBAUM TEXTILE CO., INC. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. *Harold B. Berman* for petitioners. *G. H. Kelsoe, Jr., Robert M. Kennedy* and *Martin N. Whyman* for respondent.

No. 997. HARRINGTON ET AL. *v.* TEXAS. Sup. Ct. Tex. Certiorari denied. *H. M. Harrington, Jr.,* petitioner, *pro se,* and for other petitioners. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, and *Roger Tyler, Vince Taylor, Harold G. Kennedy* and *Kerns B. Taylor,* Assistant Attorneys General, for respondent.

No. 762. KALISH *v.* HOSIER ET AL. C. A. 10th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Walter L. Gerash* for petitioner. *Edward J. Fillenwarth* and *Philip Hornbein, Jr.,* for respondents.

No. 976. WATKINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard E. Gorman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1123, Misc. JOHNSTON *v.* DUTTON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1130, Misc. LAWRENCE *v.* McMANN, WARDEN. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.